Case 3:20-cr-02909-BAS   Document 87   Filed 02/29/24   PageID.222   Page 1 of 1

AO 247 (Rev. 11/11:CASD 05/15) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>MONIA CAPANNI BARRETO (1) | Case No: 20-CR-2909-BAS<br>USM No: 97211298 |
| Date of Original Judgment: 03/28/2022<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | PAYAM FAKHARARA OF FEDERAL DEFENDERS, INC.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of THIRTY-SEVEN (37) months **is reduced to** THIRTY (30) MONTHS.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/28/2022 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/29/2024

*Judge's signature*

Effective Date: 
*(if different from order date)*

HONORABLE CYNTHIA BASHANT
*Printed name and title*